UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT C. MCGEE, | : | CIVIL ACTION NO. 3:CV-12-1581 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| BRIAN V. COLEMAN, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 14th DAY OF JULY, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1), is **DENIED**.

2. Petitioner's motion for appointment of counsel, motion to remove respondents, motion to supplement petition and motion for judgment on the pleadings (Docs. 51, 53, 55, 57) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

/s/ William J. Nealon
**United States District Judge**